# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

ZACHARY KELSEY,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:18-cv-00174-MMD-VPC

ORDER

This case is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Zachary Kelsey, a Nevada prisoner. Kelsey filed his habeas corpus petition (ECF No. 1-1), along with an application to proceed *in forma pauperis* (ECF No. 1), and a motion for appointment of counsel (ECF No. 1-2), on April 24, 2018.

In light of the information provided in the application to proceed *in forma pauperis*, the Court finds that Kelsey is able to pay the $5 filing fee for this action.

It is therefore ordered that petitioner's application to proceed *in forma pauperis* (ECF No. 1) is denied. Petitioner will have 45 days from the date of this Order to have his payment of the filing fee of $5 sent to the Clerk of the Court. Failure to comply with this order will result in dismissal of this action. If Kelsey is unable to pay the filing fee, he may file a new application to proceed *in forma pauperis*.

///

///

///

It is further ordered that the Clerk of the Court is to send Petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check sent to the Court in payment of the filing fee.

DATED THIS 27th day of April 2018.

_____
MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE