UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ZACHARY KELSEY,<br><br>               Petitioner,<br>    v.<br><br>RENEE BAKER, *et al.*,<br><br>               Respondents. | Case No. 3:18-cv-00174-MMD-VPC<br><br>ORDER |

In this habeas corpus action, Respondents filed a motion for extension of time (ECF No. 11) on July 16, 2018, requesting a 45-day extension of time, to August 30, 2018, for their response to Zachary Kelsey's petition for writ of habeas corpus. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of the time it took to obtain the state-court record for the case, and the time necessary to analyze that record. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 11) is granted. Respondents will have until August 30, 2018, to respond to the habeas corpus petition.

///

///

///

1 | It is further ordered that, in all other respects, the schedule for further proceedings
2 | set forth in the Order entered May 16, 2018 (ECF No. 5) will remain in effect.
3 | DATED THIS 24th day of July 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE