UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZACHARY KELSEY,<br><br>　　　　　Petitioner,<br>　　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:18-cv-00174-MMD-CBC<br><br>ORDER |

In this habeas corpus action, Respondents filed a motion for extension of time (ECF No. 14) on August 30, 2018, requesting a five-day extension of time, to September 4, 2018, for their response to Zachary Kelsey's petition for writ of habeas corpus. This would be the second extension of this deadline; the first (ECF No. 12) was for forty-five days. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 14) is granted. Respondents will have until September 4, 2018, to respond to the habeas corpus petition.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered May 16, 2018 (ECF No. 5) will remain in effect.

///

DATED THIS 31th day of August 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE