UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ZACHARY KELSEY,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:18-cv-00174-MMD-CLB<br><br>ORDER |

In this habeas corpus action, Respondents moved for an extension of time (ECF No. 45) on October 12, 2021, requesting a 60-day extension of time, to December 13, 2021, in which to file their response to Kelsey's supplemental brief. This is Respondents' first request for an extension of this deadline, and Respondents represent that Kelsey does not oppose the request. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 45) is granted. Respondents will have until December 13, 2021, to respond to Kelsey's supplemental brief.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the Order entered July 15, 2021 (ECF No. 40) will remain in effect.

DATED THIS 13th Day of October 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE