UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ZACHARY KELSEY,<br><br>                        Petitioner,<br>     v.<br><br>RENEE BAKER, *et al.*,<br><br>                       Respondents. | Case No. 3:18-cv-00174-MMD-CLB<br><br>ORDER |

In this habeas corpus action, Respondents have moved for a 7-day extension of time in which to file their response to Kelsey's supplemental brief. (ECF No. 47.) This is Respondents' second request for an extension of this deadline, and Respondents represent that Kelsey does not oppose the request. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 47) is granted. Respondents will have until December 20, 2021, to respond to Kelsey's supplemental brief.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the Order entered July 15, 2021 (ECF No. 40) will remain in effect.

DATED THIS 15th Day of December 2021.

                                                                                       MIRANDA M. DU<br>
                                                                                       CHIEF UNITED STATES DISTRICT JUDGE