UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ZACHARY KELSEY,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>RENEE BAKER, *et al.*,<br>　　　　　　　　　Respondents. | Case No. 3:18-cv-00174-MMD-CLB<br><br>ORDER |

In this habeas corpus action, Petitioner Zachary Kelsey has moved for a 7-day extension of time in which to file his reply to the response to his supplemental brief. (ECF No. 50.) This is the Kelsey's first request for an extension of this deadline, and he represents that the Respondents do not oppose the request. The Court finds that Kelsey's motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time requested.

It is therefore ordered that the Kelsey's Motion for Enlargement of Time (ECF No. 50) is granted. Kelsey will have until January 21, 2022, to reply to the Respondents' response to his supplemental brief.

DATED THIS 18th Day of January 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE